■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD NOTICE, Appellant. [727 NYS2d 356] —Appeal from a judgment of the County Court of Schenectady County (Sise, J.), rendered January 7, 2000, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

In satisfaction of a three-count indictment, defendant pleaded guilty to the crime of criminal sale of a controlled substance in the third degree and was sentenced as a second felony offender to a prison term of 4½ to 9 years. Defense counsel asserts that no nonfrivolous appealable issues exist and seeks to be relieved of his assignment. Upon review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty and was sentenced in accordance with the plea agreement. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Peters, Spain, Carpinello and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.